# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

ERICA M. HOYOPATUBBI,

           Plaintiff(s),

vs.

FRANK BISIGNANO,

Commissioner of Social Security

           Defendant(s).

)
)
)
)
)
)
)
)
)
)
)
)
)

Case # 3:25-cv-534-CSD

ORDER GRANTING **VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

**FILING FEE IS $250.00**

_____HARVEY P. SACKETT_____, Petitioner, respectfully represents to the Court:
      (name of petitioner)

1.    That Petitioner is an attorney at law and a member of the law firm of

SACKETT AND ASSOCIATES, A Professional Law Corporation
                              (firm name)

with offices at _____548 Market Street, Suite 38822_____,
                             (street address)

_____San Francisco_____, _____California_____, _____94104_____,
     (city)              (state)        (zip code)

_____(408)295-7755_____, _____Hps@Sackettlaw.com_____.
(area code + telephone number)     (Email address)

2.    That Petitioner has been retained personally or as a member of the law firm by

_____ERICA M. HOYOPATUBBI_____ to provide legal representation in connection with
         [client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3.    That since _____12/22/1976_____, Petitioner has been and presently is a
(date)
member in good standing of the bar of the highest Court of the State of _____California_____
(state)
where Petitioner regularly practices law.  Petitioner shall attach a certificate from the state bar or

from the clerk of the supreme court or highest admitting court of each state, territory, or insular

possession of the United States in which the applicant has been admitted to practice law certifying

the applicant's membership therein is in good standing.

4.    That Petitioner was admitted to practice before the following United States District

Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts

of other States on the dates indicated for each, and that Petitioner is presently a member in good

standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| USDC, Northern District of California | 12/22/1976 | 72488 |
| USDC, Eastern District of California | 12/17/2004 | 72488 |
| USDC, Central District of California | 3/15/2005 | 72488 |
| USDC, Eastern District of Michigan | 6/7/2024 | 72488 |
| 9th Circuit Court of Appeals | 5/5/1984 | 72488 |
| 8th Circuit Court of Appeals | 4/21/2025 | 72488 |
| U.S. Supreme Court | 3/20/2022 | 72488 |

5.    That there are or have been no disciplinary proceedings instituted against petitioner,

nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory

or administrative body, or any resignation or termination in order to avoid disciplinary or

disbarment proceedings, except as described in detail below:

None

2

Rev. 5/16

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

None

7. That Petitioner is a member of good standing in the following Bar Associations.

The State Bar of California.

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| 11/15/2022 | 2:22-cv-01399-BNW | D. Nev | Granted |
| 7/13/2023 | 3:23-cv-00347-CLB | D. Nev | Granted |
| 8/5/2025 | 3:25-cv-00400-CLB | D. Nev | Granted |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 5/16

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF _____ California _____ )
                                )
COUNTY OF _____ Napa _____ )

_____ HARVEY P. SACKETT _____ , Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

26th day of September , 2025 .

_____
Notary Public or Clerk of Court

MICAELA S. OCHOA
Notary Public - California
Napa County
Commission # 2492913
My Comm. Expires Jul 20, 2028

## DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate _____ HAL TAYLOR _____ ,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

_____ 2551 W. Lakeridge Shores _____ ,
(street address)

_____ Reno _____ , _____ Nevada _____ , _____ 89519 _____ ,
(city)                    (state)                  (zip code)

_____ (775)825-2223 _____ , _____ HalTaylorLawyer@GBIS.com _____ .
(area code + telephone number)        (Email address)

4

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____ HAL TAYLOR _____ as his/her/their Designated Resident Nevada Counsel in this case.
(name of local counsel)

*ERICA HOYOPATUBBI*
(party's signature)

ERICA M. HOYOPATUBBI, Plaintiff
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

## CONSENT OF DESIGNEE
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

Designated Resident Nevada Counsel's signature

4399                    HalTaylorLawyer@GBIS.com
Bar number              Email address

APPROVED:

Dated: this 27th day of January , 20 26.

Craig S. Denney
United States Magistrate Judge

Rev. 5/16