TODD BLANCHE
Acting Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney
Nevada Bar No. 8264

DAVID PRIDDY, ILSBN 6313767
Special Assistant United States Attorney
Program Litigation 1
Law & Policy
Social Security Administration
6401 Security Boulevard
Baltimore, Maryland 21235
Telephone: (510) 970-4801
Facsimile: (415) 744-0134
E-Mail: David.Priddy@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ERICA M. HOYOPATUBBI, | ) |
| | ) Case No.: 3:25-cv-00534-CSD |
| Plaintiff, | ) |
| | ) **STIPULATION TO VOLUNTARY** |
| v. | ) **REMAND PURSUANT TO SENTENCE** |
| | ) **FOUR OF 42 U.S.C. § 405(g) AND TO** |
| FRANK BISIGNANO, | ) **ENTRY OF JUDGMENT FOR** |
| Commissioner of Social Security, | ) **PLAINTIFF** |
| | ) |
| Defendant. | ) |
| | ) |
| | ) |

IT IS HEREBY STIPULATED by and between the parties, through their undersigned attorneys, and with the approval of the Court, that this action be remanded for further administrative action pursuant to the Social Security Act § 205(g), as amended, 42 U.S.C. § 405(g), sentence four.

On remand, the Commissioner will remand the case to an administrative law judge (ALJ) for a new decision. The ALJ will further develop the record as necessary, offer Plaintiff the opportunity for a hearing, and issue a new decision.

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Dated: May 18, 2026     Respectfully submitted,

            SACKETT AND ASSOCIATES

            */s/ Harvey P. Sackett*
            HARVEY P. SACKETT
            (*as authorized via email on May 18, 2026)
            Attorney for Plaintiff

Dated: May 18, 2026     Respectfully submitted,

            SIGAL CHATTAH
            First Assistant United States Attorney

            */s/ David Priddy*
            DAVID PRIDDY
            Special Assistant United States Attorney
            Attorneys for Defendant

IT IS SO ORDERED:

_____
HON. CRAIG S. DENNEY
UNITED STATES MAGISTRATE JUDGE

DATED: May 19, 2026 _____

2